# MEMORANDUM DECISIONS

Ex parte AINSWORTH. (Circuit Court of Appeals, Ninth Circuit. May 25, 1916.) No. 2796. Appeal from the District Court of the United States for the First Division of the Northern District of California. John W. Preston, U. S. Atty., and Caspar A. Ornbaum, Asst. U. S. Atty., both of San Francisco, Cal., for appellee. Pursuant to stipulation, signed by counsel for the respective parties, filed May 16, 1916, to dismiss the appeal therein, ordered, appeal in the above-entitled cause dismissed.

BUSCH et al. v. STROMBERG–CARLSON TELEPHONE MFG. CO. (Circuit Court of Appeals, Eighth Circuit. May 29, 1916.) No. 4659. Appeal from the District Court of the United States for the Eastern District of Missouri. Appeal dismissed at costs of appellee, attorney's fee waived, and mandate granted forthwith, per stipulation of parties. Franklin Ferriss, Joseph H. Zumbalen, and Allen C. Orrick, all of St. Louis, Mo., for appellants. Warwick M. Hough, Walter H. Saunders, and Irvin V. Barth, all of St. Louis, Mo., for appellee. See, also, 226 Fed. 200, 141 C. C. A. 130.

CINCINNATI EXHIBITION CO. v. MARSANS. (Circuit Court of Appeals, Eighth Circuit. January 14, 1916.) No. 4562. Appeal from the District Court of the United States for the Eastern District of Missouri. Appeal dismissed, with costs, per stipulation of parties. George H. Williams, of St. Louis, Mo., and Ellis G. Kinkead, of Cincinnati, Ohio, for appellant. Charles C. Madison, of Kansas City, Mo., for appellee. See, also, 216 Fed. 269.

CITY OF RATON v. RATON WATERWORKS CO. (Circuit Court of Appeals, Eighth Circuit. May 12, 1916.) No. 4633. Appeal from the District Court of the United States for the District of New Mexico. Dismissed, with costs, per stipulation of parties. Pershing, Titsworth & Fry, of Denver, Colo., for appellant. Jesse G. Northcutt, of Denver, Colo., and H. W. Coil, of Trinidad, Colo., for appellee.

COAL & COKE RAILWAY CO. v. DEAL. (Circuit Court of Appeals, Fourth Circuit. March 3, 1916.) No. 1394. In Error to the District Court of the United States for the Northern District of West Virginia, at Parkersburg. Order filed allowing writ of error to Supreme Court from 231 Fed. 604, —— C. C. A. ——. Geo. E. Price and Buckner Clay, both of Charleston, W. Va., for plaintiff in error. Harold W. Houston, of Charleston, W. Va., for defendant in error.

DWYER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 3, 1916.) No. 4695. In Error to the District Court of the United States for the Eastern District of Missouri. Writ of error docketed and dismissed, without costs to either party in this court, for want of prosecution, pursuant to sixteenth rule (150 Fed. xxix, 79 C. C. A. xxix), on motion of defendant in error. Walter N. Davis, of St. Louis, Mo., for plaintiff in error. Arthur L. Oliver, U. S. Atty., of St. Louis, Mo.